UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV 22-9475-KS | Date: February 21, 2024 |
| Title  *Jayshawn R. Allen et al. v. County of Los Angeles et al.* | |

Present: The Honorable: Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) OSC RE: PLAINTIFF'S REQUEST TO CONTINUE DATES [DKT. NO. 47]**

  The Court is in receipt of Plaintiff's "Request to Continue Dates," filed on February 20, 2024 ("Request"). In the Request, Plaintiff's counsel unilaterally asks the Court to grant "at least a one week extension to file any and all responsive pleadings and/or to file a Motion to Consolidate this case with the related action, . . . ." (Dkt. No. 47 at 2.) Plaintiff further asks that the final pretrial conference "be held closer to the trial date." (*Id.*) Counsel's proposed order clarifies that she seeks a final pretrial conference date of April 30, 2024, but makes no reference to her first request for more time to file a responsive pleading. (Dkt. No. 47-1.) Plaintiff also does not give any indication that she made any efforts to meet and confer with opposing counsel about her Request, and the Request does not state whether it is opposed or unopposed by Defendants.

  Local Civil Rule 7-3 provides, in pertinent part:

> counsel contemplating the filing of any motion must first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference must take place at least 7 days prior to the filing of the motion. If the parties are unable to reach a resolution that eliminates the necessity for a hearing, counsel for the moving party must include in the notice of motion a statement to the following effect: [¶] "This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on (date)."

\\

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Further, Local Civil Rule 16-9 provides, in pertinent part:

> If the Court is satisfied that counsel are preparing the case diligently and that additional time is required . . . the Final Pretrial Conference may be continued **upon submission of a timely stipulation signed by all counsel setting forth the reasons for the requested continuance.** The stipulation also shall describe what has been accomplished in preparing the case for the Final Pretrial Conference. No continuance of the Final Pretrial Conference will be granted unless the stipulation has been lodged before the date upon which the Final Pretrial Conference Order must be lodged with the Court.

C.D. Cal. L.R. 16-9 (emphasis added).

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE**, no later than **Monday, February 26, 2024**, why the Court should not deny the Request due to Plaintiff's counsel's failure to satisfy the pre-submission meet-and-confer requirements set forth in the Court's Local Rules.

To discharge this Order to Show Cause, Plaintiff's counsel must, by the deadline set forth above, file a statement of no more than three pages, under penalty of perjury, confirming that she has in fact met and conferred with defense counsel about the Request, and stating whether the Request is opposed or unopposed. **The failure to comply with this order will result in the denial of Plaintiff's Request.**

**IT IS SO ORDERED.**

                                                                                 :

**Initials of Preparer**   gr