JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAYSHAWN ALLEN, et al., | ) | NO. CV 22-09475 KS |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Memorandum and Order Granting Defendant's Motion for Summary Judgment, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 10, 2024

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE